UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: REALE, JOHN M.                     § Case No. 12-01099
                                          §
                                          §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:0 ℓ on 9/27/12 in Courtroom 250, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/28/2012         By:  /s/CHARLES J. MYLER_____
                                              Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REALE, JOHN M. § Case No. 12-01099
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 33,517.12 |
| and approved disbursements of | $ 267.93 |
| leaving a balance on hand of [1] | $ 33,249.19 |
| **Balance on hand:** | $ 33,249.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 33,249.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 4,101.71 | 0.00 | 4,101.71 |
| Trustee, Expenses - Charles J. Myler | 26.62 | 0.00 | 26.62 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 3,428.75 | 0.00 | 3,428.75 |

Total to be paid for chapter 7 administration expenses: $ 7,557.08
Remaining balance: $ 25,692.11

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $   25,692.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,071.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 11,493.10 | 0.00 | 11,493.10 |
| 6P | Illinois Department of Revenue | 7,578.00 | 0.00 | 7,578.00 |

Total to be paid for priority claims:   $   19,071.10
Remaining balance:   $    6,621.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,749,303.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 2,492.01 | 0.00 | 4.40 |
| 2 | FIA CARD SERVICES, N.A. | 63,616.41 | 0.00 | 112.34 |
| 3-2 | BMO Harris Bank NA as assignee of the FDIC as | 3,677,255.19 | 0.00 | 6,493.78 |
| 4 | Credit First National Association | 200.00 | 0.00 | 0.35 |
| 5 | American Express Bank, FSB | 4,552.44 | 0.00 | 8.04 |
| 6U | Illinois Department of Revenue | 909.36 | 0.00 | 1.61 |
| 7 | PYOD, LLC its successors and | 278.55 | 0.00 | 0.49 |

Total to be paid for timely general unsecured claims:   $    6,621.01
Remaining balance:   $        0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $           0.00
Remaining balance:  $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $           0.00
Remaining balance:  $           0.00

Prepared By:  /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 12-01099-MB
John M. Reale                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2           Date Rcvd: Aug 31, 2012
                              Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2012.
```
db          +John M. Reale,    3826 Grand View Court,    Saint Charles, IL 60175-5662
aty         +Richard G Larsen,    Myler Ruddy & McTavish,    105 East Galena Blvd 8th Flr,
              Aurora, IL 60505-3357
18360043    +American Express,    Box 0001,   P.O. Box 360001,    Los Angeles, CA 90096-0001
18881901     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18698629    +BMO Harris Bank NA as assignee of the FDIC as,    receiver for Amcore Bank, N.A.,
              c/o Carlson Dash, LLC,    216 S. Jefferson, Suite 504,    Chicago, IL 60661-5698
18360044    +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
18360045    +Carlson Dash, LLC,    216 S Jefferson, Suite 504,    Chicago, IL 60661-5698
18360046    +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
18360047    +Chase Quicken,    PO Box 15153,    Wilmington, DE 19886-5153
18360048    +Credit First,    PO Box 81344,    Cleveland, OH 44188-0001
18721418    +Credit First National Association,     Po Box 818011,   Cleveland, OH 44181-8011
18689177     FIA CARD SERVICES, N.A.,    Bank of America, NA (USA) &,    MBNA America Bank, NA,    PO Box 15102,
              Wilmington, DE 19886-5102
18360049    +Harris Bank,    111 West Monroe Street,    Chicago, IL 60603-4095
18360050    +Home Depot,    PO Box 182676,    Columbus, OH 43218-2676
18918277     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18360051    +Illinois Department of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
18360054    +Internal Revenue Service,    2001 Butterfield Road,    Downers Grove, IL 60515-1058
18360055    +Jeff Whitehead,    211 W Wacker Drive,    Suite 750,   Chicago, IL 60606-1353
18360056    +Kia Motor Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
18360057    +Lynn M Reale,    3826 Grand View Court,    Saint Charles, IL 60175-5662
18360058    +PNC Bank,    249 Fifth Avenue,    Pittsburgh, PA 15222-2707
18962369    +PYOD, LLC its successors and,    assigns as assignee of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
18360060   #+Tracy A Burnidge,    5 N 202 Shady Oaks,    Saint Charles, IL 60175-8557
18360061    +United States Attorney,    219 South Dearborn Street,    Chicago, IL 60604-1708
18360062    +Werner Dietrich,    3818 Grandview Court,    Saint Charles, IL 60175-5662
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18360053     E-mail/Text: cio.bncmail@irs.gov Sep 01 2012 00:17:59     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Myler, Ruddy & McTavish
18360052     Indigo LLC
18360059*   +John M. Reale,    3826 Grand View Court,    Saint Charles, IL 60175-5662
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: dgomez              Page 2 of 2                  Date Rcvd: Aug 31, 2012
                               Form ID: pdf006          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:

        Charles J Myler    cmyler@mrmlaw.com, IL57@ecfcbis.com;kmyler@mrmlaw.com
        Charles J Myler    on behalf of Trustee Charles Myler cmyler@mrmlaw.com, kmyler@mrmlaw.com
        Jeff A Whitehead    on behalf of Debtor John Reale jeffwhitehead_2000@yahoo.com,
        jeffwhiteheadlawnotices@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                              TOTAL: 4