**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: REALE, JOHN M.                                          § Case No. 12-01099
                                                               §
                                                               §
                                                               §
Debtor(s)                                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $893,854.00          Assets Exempt: $360,303.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,692.11    Claims Discharged
                                               Without Payment: $3,855,128.11

Total Expenses of Administration: $7,825.01

---

    3)  Total gross receipts of $ 33,517.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $33,517.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $671,346.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,825.01 | 7,825.01 | 7,825.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 35,000.00 | 19,071.10 | 19,071.10 | 19,071.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,392,416.12 | 3,749,303.96 | 3,749,303.96 | 6,621.01 |
| **TOTAL DISBURSEMENTS** | $4,098,762.12 | $3,776,200.07 | $3,776,200.07 | $33,517.12 |

4) This case was originally filed under Chapter 7 on January 13, 2012. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2013        By: /s/CHARLES J. MYLER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| USG Stock Options Location: In debtor's possessi | 1129-000 | 31,017.12 |
| 2009 Yamaha motorcycle | 1229-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$33,517.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Kia Motor Finance | 4110-000 | 9,755.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 418,827.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 242,764.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$671,346.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 4,101.71 | 4,101.71 | 4,101.71 |
| Charles J. Myler | 2200-000 | N/A | 26.62 | 26.62 | 26.62 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Myler, Ruddy & McTavish | 3110-000 | N/A | 3,428.75 | 3,428.75 | 3,428.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.08 | 55.08 | 55.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.89 | 73.89 | 73.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.13 | 66.13 | 66.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.83 | 72.83 | 72.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,825.01 | $7,825.01 | $7,825.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 5800-000 | 30,000.00 | 11,493.10 | 11,493.10 | 11,493.10 |
| 6P | Illinois Department of Revenue | 5800-000 | 5,000.00 | 7,578.00 | 7,578.00 | 7,578.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $35,000.00 | $19,071.10 | $19,071.10 | $19,071.10 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 7100-000 | N/A | 2,492.01 | 2,492.01 | 4.40 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 63,616.41 | 63,616.41 | 112.34 |
| 3 -2 | BMO Harris Bank NA as assignee of the FDIC as | 7100-000 | 3,277,459.86 | 3,677,255.19 | 3,677,255.19 | 6,493.78 |
| 4 | Credit First National Association | 7100-000 | N/A | 200.00 | 200.00 | 0.35 |
| 5 | American Express Bank, FSB | 7100-000 | 2,511.10 | 4,552.44 | 4,552.44 | 8.04 |
| 6U | Illinois Department of Revenue | 7100-000 | N/A | 909.36 | 909.36 | 1.61 |
| 7 | PYOD, LLC its successors and | 7100-000 | N/A | 278.55 | 278.55 | 0.49 |
| NOTFILED | Chase Quicken | 7100-000 | 26,588.33 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 21,876.84 | N/A | N/A | 0.00 |
| NOTFILED | Credit First | 7100-000 | 321.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 63,616.04 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 42.95 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,392,416.12 | $3,749,303.96 | $3,749,303.96 | $6,621.01 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-01099  
**Case Name:** REALE, JOHN M.  
**Period Ending:** 02/01/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/13/12 (f)  
**§341(a) Meeting Date:** 02/27/12  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1　Residence at 3826 Grand View Court, St. Charles.<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 2　Checking Account Location: ING Direct<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 651.00 | 0.00 | DA | 0.00 | FA |
| 3　Checking Account Location: Charles Schwab<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 4　Checking Account Location: PNC Bank<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5　Basic Houshold Goods Location: In debtor's posse<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 6　Basic Wearing Apparel Location: In debtor's poss<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7　Costume Jewelry Location: In debtor's possession<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8　529 College Saving Plan Location: In debtor's po<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 85,000.00 | 85,000.00 | DA | 0.00 | FA |
| 9　401 (k) Plan Location: In debtor's possession<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 309,599.00 | 0.00 | DA | 0.00 | FA |
| 10　IRA Location: Charles Schwab<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 28,204.00 | 0.00 | DA | 0.00 | FA |
| 11　Interest in 302 LLC Location: In debtor's posses<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12　USG Stock Options Location: In debtor's possessi | 18,000.00 | 18,000.00 | | 31,017.12 | FA |

Printed: 02/01/2013 04:03 PM　　V.13.11

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-01099  
**Case Name:** REALE, JOHN M.  

**Trustee:**  (330510)  CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/13/12 (f)  
**§341(a) Meeting Date:** 02/27/12  

**Period Ending:** 02/01/13  

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2002 SAAB 923 Location: In debtor's possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 951.00 | | 0.00 | FA |
| 14 | 2011 Kia Sorento. Good condition. Location: In d<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 2,845.00 | DA | 0.00 | FA |
| 15 | 2009 Yamaha motorcycle  (u) | 0.00 | 2,400.00 | | 2,500.00 | FA |
| **15** | **Assets    Totals** (Excluding unknown values) | **$914,354.00** | **$111,696.00** | | **$33,517.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distribution of estate funds made 10/1/12

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   August 28, 2012  (Actual)

Printed: 02/01/2013 04:03 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-01099 | | **Trustee:** | CHARLES J. MYLER (330510) |
| **Case Name:** | REALE, JOHN M. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****785565 - Checking Account |
| **Taxpayer ID #:** | **-***1841 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 02/01/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 02/01/2013 04:03 PM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 12-01099 | | **Trustee:** | CHARLES J. MYLER (330510) |
| **Case Name:** | REALE, JOHN M. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******42-65 - Checking Account |
| **Taxpayer ID #:** | **-***1841 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 02/01/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/29/12 | {12} | Morgan Stanley Smith Barney | Sale of stock options | 1129-000 | 31,017.12 | | 31,017.12 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.08 | 30,962.04 |
| 05/04/12 | {15} | John M. Reale | Debtor's purchase of estate's interest in motorcycle | 1229-000 | 2,500.00 | | 33,462.04 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.89 | 33,388.15 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.13 | 33,322.02 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.83 | 33,249.19 |
| 10/01/12 | 1001 | CHARLES J. MYLER | Dividend paid 100.00% on $4,101.71, Trustee Compensation;  Reference: | 2100-000 | | 4,101.71 | 29,147.48 |
| 10/01/12 | 1002 | Charles J. Myler | Dividend paid 100.00% on $26.62, Trustee Expenses;  Reference: | 2200-000 | | 26.62 | 29,120.86 |
| 10/01/12 | 1003 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $3,428.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,428.75 | 25,692.11 |
| 10/01/12 | 1004 | Internal Revenue Service | Dividend paid 100.00% on $11,493.10; Claim# 1P-2; Filed: $11,493.10; Reference: | 5800-000 | | 11,493.10 | 14,199.01 |
| 10/01/12 | 1005 | Illinois Department of Revenue | Dividend paid 100.00% on $7,578.00; Claim# 6P; Filed: $7,578.00; Reference: | 5800-000 | | 7,578.00 | 6,621.01 |
| 10/01/12 | 1006 | FIA CARD SERVICES, N.A. | Dividend paid  0.17% on $63,616.41; Claim# 2; Filed: $63,616.41; Reference: | 7100-000 | | 112.34 | 6,508.67 |
| 10/01/12 | 1007 | BMO Harris Bank NA as assignee of the FDIC as | Dividend paid  0.17% on $3,677,255.19; Claim# 3 -2; Filed: $3,677,255.19; Reference: | 7100-000 | | 6,493.78 | 14.89 |
| 10/01/12 | 1008 | American Express Bank, FSB | Dividend paid  0.17% on $4,552.44; Claim# 5; Filed: $4,552.44; Reference: 2007 | 7100-000 | | 8.04 | 6.85 |
| 10/01/12 | 1009 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 6.85 | 0.00 |
| | | | Dividend paid  0.17% on 4.40 $2,492.01;  Claim# 1U-2; Filed: $2,492.01 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.17% on 0.35 $200.00;  Claim# 4; Filed: $200.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.17% on 1.61 $909.36;  Claim# 6U; Filed: $909.36 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.17% on 0.49 $278.55;  Claim# 7; Filed: $278.55 | 7100-000 | | | 0.00 |

Subtotals :         $33,517.12         $33,517.12

{} Asset reference(s)                                                                                           Printed: 02/01/2013 04:03 PM        V.13.11

Case 12-01099   Doc 37   Filed 02/01/13   Entered 02/01/13 16:06:57   Desc Main
              Document      Page 10 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-01099  
**Case Name:** REALE, JOHN M.  
**Taxpayer ID #:** **-***1841  
**Period Ending:** 02/01/13

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 33,517.12 | 33,517.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 33,517.12 | 33,517.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$33,517.12** | **$33,517.12** | |

Net Receipts : 33,517.12  
─────────────  
Net Estate : $33,517.12

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****785565** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******42-65** | 33,517.12 | 33,517.12 | 0.00 |
| | **$33,517.12** | **$33,517.12** | **$0.00** |

{} Asset reference(s)